400 A.2d 618

Appeal of Horsham Township Civic Association, Inc., et al.

Argued December 6, 1978. Michael H. Payne, for appellants; no appearance entered nor brief filed for appellees.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.